JACOB MYERS, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs, on authority of Myers v. Brooklyn Heights Railroad Co. (180 App.

Div. 217), decided herewith. Present — Jenks, P. J., Thomas, Stapleton Rich and Putnam, JJ.